AUGUSTINE F. KOZAK, PLAINTIFF-PETITIONER, v. NORMAN McDONOUGH, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Kahn & Schildkraut* for the petitioner.

*Mr. Luke A. Kiernan, Jr.,* and *Mr. Herman H. Wille, Jr.,* for the respondents.

March 15, 1954.   Denied.

FRANCES GERMINARIO, *ET ALS.*, PLAINTIFFS-RESPONDENTS, v. JAMES ADREY, DEFENDANT-PETITIONER.

*Messrs. Carpenter, Gilmour & Dwyer* for the petitioner.

*Mr. Julius Y. Schwartz* and *Mr. Raymond Chasan* for the respondents.

March 15, 1954.   Denied.